FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 20 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW P. REINSMOEN
Kansas State Bar No. 21238
Special Assistant United States Attorney
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Reinsmoen@usdoj.gov
Email: Tracy.Van.Buskirk@usdoj.gov
*Attorneys for Plaintiff*

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Shanti Jewelz Siyuja,

Defendant.

No. CR-23-8080-PCT-DJH (JZB)

**INDICTMENT**

VIO: 18 U.S.C. §§ 1153 and 113(a)(3)
(CIR-Assault with a Dangerous Weapon)
Count 1

**THE GRAND JURY CHARGES:**

On or about February 20, 2023, in the District of Arizona, within the confines of the Havasupai Indian Reservation, Indian Country, the defendant SHANTI JEWELZ SIYUJA, an Indian, did intentionally and knowingly assault the victim, R.J.G., with a dangerous weapon, that is, a knife, with intent to cause bodily harm.

/ / /

/ / /

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: June 20, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


/S/
MATTHEW P. REINSMOEN
Special Assistant U.S. Attorney
TRACY VAN BUSKIRK
Assistant U.S. Attorney